# MEMORANDUM DECISIONS.

[No. 431.]

GEORGE BRAVIN, Appellant, v. CITY OF TOMBSTONE OF THE TERRITORY OF ARIZONA et al., Appellees.

APPEAL from the District Court of the First Judicial District in and for the County of Cochise.

William H. Barnes and John H. Martin, for Appellant.

James Reilly, for Appellees.

January 25, 1895. Dismissed.

---

[No. 420.]

GUSTAVE HEYMAN et al., Appellants, v. J. F. OWEN, Appellee.

APPEAL from the District Court of the Second Judicial District in and for the County of Graham.

E. J. Edwards, for Appellee.

January 25, 1895. Dismissed.

---

[Criminal No. 100.]

HENRY BLEVINS, Appellant, v. TERRITORY OF ARIZONA, Respondent.

APPEAL from the District Court of the Second Judicial District in and for the County of Gila. Owen T. Rouse, Judge.

E. J. Edwards, for Respondent.

January 28, 1895. Reversed.